People v Johnson-Watson (2025 NY Slip Op 06913)

People v Johnson-Watson

2025 NY Slip Op 06913

Decided on December 11, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 11, 2025

Before: Manzanet-Daniels, J.P., Gesmer, González, Shulman, O'Neill Levy, JJ. 

Ind No. 70676/21|Appeal No. 5356|Case No. 2022-05579|

[*1]The People of the State of New York, Respondent,
v
Dillon D. Johnson-Watson, Defendant-Appellant.

Caprice R. Jenerson, Office of The Appellate Defender, New York (Daniel P. Schumeister of counsel), for appellant.

Judgment, Supreme Court, New York County (Curtis Farber, J.), rendered November 28, 2022, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him to a term of three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Crenshaw, 226 AD3d 519 [1st Dept
2024], lv denied 41 NY3d 1017 [2024]). We note that the People do not oppose this relief.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 11, 2025